ACCEPTED
04-15-00346-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/4/2015 3:06:33 PM
KEITH HOTTLE
CLERK

NO. CV-15-000043

| | | |
|---|---|---|
| IN THE MATTER OF THE THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| PETER HENRY NAUMBURG | § § | 198TH JUDICIAL DISTRICT |
| AND | § § | |
| NEIDA COURTNEY NAUMBURG | § § | BANDERA COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/4/2015 3:06:33 PM
KEITH E. HOTTLE
Clerk

## PETITIONER'S NOTICE OF APPEAL

This Notice of Appeal is filed by Petitioner Peter Henry Naumburg who seeks to appeal all parts of the trial court's judgment dated March 10, 2105. Appeal is being taken to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

/s/ *Jeff Small*

| | |
|---|---|
| Reed Greene, MPA, JD | Jeff Small |
| State Bar No. 0830970 | State Bar No. 00793027 |
| ATTORNEY AT LAW | LAW OFFICE OF JEFF SMALL |
| 26254 IH 10 West, Suite 135 | 12451 Starcrest Dr., Suite 100 |
| Boerne, TX 78006 | San Antonio, TX 78216 .2988 |
| 210.826.1233/F: 210.826.4784 | 210.496.0611/f: 210.579.1399 |
| c.reed.greene@gmail.com | jdslaw@satx.rr.com |

Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2015, a true and correct copy of Petitioner's Notice of Appeal was served on counsel of record/ interested parties pursuant to the Texas Rules of Civil Procedure:

William McNaught
State Bar No.
MCNAUGHT LAW FIRM
28580 IH 10 West, Suite 4
Boerne, TX 78006
210.202.0088/f:888.723.1795

Keith E. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
Cadena Reeves Justice Center
San Antonio, TX 78205


/S/ *Jeff Small*
Jeff Small
Reed Greene